# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOUGLAS AHMED AUGUSTUS

NO. 2024 KW 1001

**DECEMBER 23, 2024**

---

In Re:    Douglas A. Augustus, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-05-0001.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT